OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES

02 1M        $ 00.26⁵
0004279596   OCT 02 2014
MAILED FROM ZIP CODE 78701

9/26/2014

LAVOIE, MICHAEL PAUL AKA RODGERS, MICHAEL AKA ROGERS, MICHAEL
MARK                  Tr. Ct. No. F47171 A              WR-82,160-02

On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel A      Clerk

RETURN TO SENDER

MICHAEL PAUL LAVOIE
TARRANT COUNTY JAIL
100 N. LAMAR
FORT WORTH, TX 76102

AMK

1EBN3B  76196